BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:14-MC-00016-MCE-DAD |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN  AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $14,400.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and claimant Cliff A. Charpentier ("claimant"), by and through their respective counsel, as follows:

1. On or about November 12, 2013, claimant Cliff A. Charpentier filed a claim, in the administrative forfeiture proceedings, with the Drug Enforcement Administration with respect to the Approximately $14,400.00 in U.S. Currency ("hereafter "defendant currency"), which was seized on September 11, 2013.

2. The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the

1

defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. The deadline is February 10, 2014.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement for an extension to April 11, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to April 11, 2014.

Dated: 2/3/14             BENJAMIN B. WAGNER
                          United States Attorney


                          By: /s/ Kevin C. Khasigian
                              KEVIN C. KHASIGIAN
                              Assistant U.S. Attorney


Dated: 2/3/14             /s/ David S. Silber
                          DAVID S. SILBER
                          Attorney for claimant
                          Cliff A. Charpentier

                          (Authorized via email)

///

///

///

**ORDER**

Pursuant to the parties' stipulation, it is HEREBY ORDERED THAT the United States shall file a complaint for forfeiture against the defendant currency and/or obtain an indictment alleging that the defendant currency is subject to forfeiture by April 11, 2014.

IT IS SO ORDERED.

Dated:  February 4, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT