BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>APPROXIMATELY $14,400.00 IN U.S. CURRENCY,<br><br>  Defendant. | 2:14-MC-00016-MCE-DAD<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and claimant Cliff A. Charpentier ("claimant"), by and through their respective counsel, as follows:

1. On or about November 12, 2013, claimant Cliff A. Charpentier filed a claim, in the administrative forfeiture proceedings, with the Drug Enforcement Administration with respect to the Approximately $14,400.00 in U.S. Currency ("hereafter "defendant currency"), which was seized on September 11, 2013.

2. The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the

1

1  defendant currency as required by law in the administrative forfeiture proceeding.

2      3.    Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a
3  complaint for forfeiture against the defendant currency and/or to obtain an indictment
4  alleging that the defendant currency is subject to forfeiture within ninety days after a
5  claim has been filed in the administrative forfeiture proceedings, unless the court
6  extends the deadline for good cause shown or by agreement of the parties.  The
7  deadline was February 10, 2014.

8      4.    By Stipulation and Order filed February 3, 2014, the parties stipulated to
9  extend to April 11, 2014, the time in which the United States is required to file a civil
10 complaint for forfeiture against the defendant currency and/or to obtain an indictment
11 alleging that the defendant currency is subject to forfeiture.

12     5.    As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement for
13 an extension to June 10, 2014, the time in which the United States is required to file a
14 civil complaint for forfeiture against the defendant currency and/or to obtain an
15 indictment alleging that the defendant currency is subject to forfeiture.

16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

2

Stipulation and Order to Extend Time

6. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to June 10, 2014.

Dated: 4/9/14

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 4/9/14

/s/ David S. Silber
DAVID S. SILBER
Attorney for claimant
Cliff A. Charpentier

IT IS SO ORDERED.

Dated: April 15, 2014

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT