BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:14-MC-00016-MCE-DAD |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $14,400.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and claimant Cliff A. Charpentier ("claimant"), by and through their respective counsel, as follows:

1. On or about November 12, 2013, claimant Cliff A. Charpentier filed a claim, in the administrative forfeiture proceedings, with the Drug Enforcement Administration with respect to the Approximately $14,400.00 in U.S. Currency ("hereafter "defendant currency"), which was seized on September 11, 2013.

2. The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the

1

Stipulation and Order to Extend Time

defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. The deadline was February 10, 2014.

4. By Stipulation and Order filed February 3, 2014, the parties stipulated to extend to April 11, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. By Stipulation and Order filed April 16, 2014, the parties stipulated to extend to June 10, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement for an extension to August 8, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///
///
///
///
///
///
///
///
///

Stipulation and Order to Extend Time

7. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to August 8, 2014.

Dated:   6/9/14              BENJAMIN B. WAGNER
                             United States Attorney


                        By:  /s/ Kevin C. Khasigian
                             KEVIN C. KHASIGIAN
                             Assistant U.S. Attorney


Dated:   6/9/14              /s/ Pamela R. Elliott
                             PAMELA R. ELLIOTT
                             Attorney for claimant
                             Cliff A. Charpentier

                             (Authorized by phone)


IT IS SO ORDERED.

Dated: June 24, 2014

                             _____
                             MORRISON C. ENGLAND, JR., CHIEF JUDGE
                             UNITED STATES DISTRICT COURT

Stipulation and Order to Extend Time